United States District Court
Southern District of Texas
**ENTERED**
March 02, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-23-169 |
| § | |
| § | |
| § | |
| JOHN DOE, subscriber IP address 73.155.24.8, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 7), this action is dismissed witht prejudice.

SIGNED on March 2, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge